1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GARY-LINN PACKER,                    No. CIV S-07-1358-LEW-CMK

12              Plaintiff,

13        vs.                             <u>ORDER</u>

14   COLLEEN ROWE, et al.,

15              Defendants.

16   _____/

17              Plaintiff brings this civil action against numerous defendants.  Currently before

18   the court is defendants' motion to dismiss (Doc. 11) filed October 15, 2007.  This matter is

19   currently on calendar for hearing before the undersigned on December 18, 2007, at 10:00 a.m.

20   Also on calendar on the same date, pursuant to the scheduling order (Doc. 3), is a Status (Pretrial

21   Scheduling) Conference.

22              The court finds that the motion to dismiss appropriate for submission on the

23   papers without oral argument.  <u>See</u> Local Rule 78-230(h).  The court has the power to reopen the

24   matter for further briefs, oral arguments, or both if the court deems it necessary.  <u>See id.</u>  In

25   addition, as the motion to dismiss may be dispositive of this matter, the undersigned finds it

26   appropriate to vacate the scheduling conference pending resolution of the motion to dismiss.  If

                                              1

1   the motion to dismiss is not dispositive of this case, the scheduling order will be reset, and the

2   parties will be required to submit status reports.

3                 Accordingly, IT IS HEREBY ORDERED that,

4           1.     The status conference set for December 18, 2007, at 10:00 a.m. is vacated,

5   to be reset if necessary; and

6           2.     The hearing on the motion to dismiss (Doc. 11), set for December 18,

7   2007, at 10:00 a.m. is also vacated.

8

9   DATED:  November 29, 2007

10

11                      **CRAIG M. KELLISON**

                     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26