IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY-LINN PACKER,                           No. CIV S-07-1358-LEW-CMK

    Plaintiff,

    vs.                                      ORDER

COLLEEN ROWE, et al.,

    Defendants.

_____/

    Plaintiff brings this civil action against numerous defendants.  Plaintiff filed a document on July 2, 2008, which appears to be a request for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  On October 15, 2007, defendants filed a motion to dismiss, which the undersigned has recommended be granted.  Accordingly, to the extent plaintiff requests the entry of defendants' default, that request is denied.

    IT IS SO ORDERED.

DATED:  July 9, 2008

                                                _____
                                                CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE

1