IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY-LINN PACKER, | No. CIV S-07-1358-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COLLEEN ROWE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff brings this civil action against numerous defendants.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On May 1, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The findings and recommendations filed May 1, 2008 (Doc. 17), are adopted in full;

2. Defendant Commonwealth Land Title Company's motion to dismiss (Doc. 4) is granted;

3. Defendant United States' motion to dismiss (Doc. 11) is granted;

4. The complaint is dismissed in its entirety; and

5. The Clerk of the Court is directed to enter judgment and close this case.

DATED: 9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE